# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Pathfinder Technologies, Inc.,            Civil No. 04-5126 (DWF/JSM)

       Plaintiff,

v.            **ORDER**

Michael Klein,

       Defendant.

___

Timothy A. Sullivan, Esq., and Mark D. Covin, Esq., Best & Flanagan, counsel for Plaintiff.

Alan I. Silver, Esq., Bassford Remele, counsel for Defendant.

___

Based on the parties' Stipulation of Dismissal Without Prejudice (Doc. No. 5), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the claims in the Complaint are **DISMISSED WITHOUT PREJUDICE** and without costs and disbursements to any party.

Dated: September 7, 2005      s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      Judge of United States District Court